IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

STEVEN DOUGLAS SLOAN,                )
                                      )
            Plaintiff,                )
                                      )
v.                                    )   Case No. CIV-10-387-D
                                      )
GENESE McCOY, MARY STEBENS, and       )
JAMES YOUNG,                          )
                                      )
            Defendants.               )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation [Doc. No. 34] issued October 27, 2010, by United States Magistrate Judge Valerie K. Couch pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). After a thorough and comprehensive analysis of the issues, Judge Couch recommends that summary judgment be entered in favor of all defendants in this action under 42 U.S.C. § 1983, and that certain motions filed by Plaintiff be denied. Plaintiff has not filed a timely objection to the Report nor requested additional time to object, although he was expressly advised of the right to object, the procedure and deadline for filing an objection, and the consequences of failing to object.[1] Therefore, the Court finds that Plaintiff has waived further review of the issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 34] is ADOPTED in its entirety. Defendants' Motion for Summary Judgment [Doc. No. 17] is GRANTED. Judgment shall be entered accordingly.

---

[1] In a letter to the court clerk dated the day of the Report and filed two days later, Plaintiff inquired about his case and any time limit for ruling on motions. A copy of the Report was mailed to Plaintiff at the same address that appears on his letter, and the mailing has not been returned.

IT IS FURTHER ORDERED that Plaintiff's Motion for Appointment of Counsel [Doc. No. 22] and Motion for Judicial Notice [Doc. No. 23] are DENIED.

IT IS SO ORDERED this  23rd   day of November, 2010.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE